UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COREY WILFORD BROCK,

    Plaintiff,          Civil No. 2:21-CV-10585
                             HON. VICTORIA A. ROBERTS
                             UNITED STATES DISTRICT JUDGE

v.

THOMPSON,

    Defendant,
_____/

**<u>OPINION AND ORDER DENYING THE MOTION TO ADD DEFENDANTS AND TO AMEND THE COMPLAINT (ECF No. 18)</u>**

On May 19, 2021, the Court summarily denied Plaintiff's civil rights complaint brought under 42 U.S.C. § 1983.

Plaintiff filed two Notices of Appeal (ECF No. 15, 21). He also filed an amended complaint (ECF No. 17) and a Motion to Add Defendants and to Amend the Complaint. (ECF No. 18).

For the reasons that follow, the Motion is DENIED.

Because Plaintiff filed a notice of appeal, this Court lacks jurisdiction to consider the Motion to Amend the Complaint; a notice of appeal generally "confers jurisdiction on the court of appeals and divests the district court of control over those aspects of the case involved in the appeal." *Marrese v. American Academy of Orthopaedic Surgeons*, 470 U.S. 373, 379 (1985)(citing *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58

1

(1982)(per curiam)); *See also Workman v. Tate*, 958 F. 2d 164, 167 (6th Cir. 1992). *See Hester v. Morgan*, 52 F. App'x 220, 225 (6th Cir. 2002).

The Motion to Add Defendants and to Amend the Complaint (ECF No. 18) is **DENIED.**

s/ Victoria A. Roberts
HON. VICTORIA A. ROBERTS
United States District Judge

DATED: 6/29/2021